RECEIVED
CHARLOTTE, N.C.

DEC 01 2009

Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
~~EASTERN~~ Western DISTRICT OF NORTH CAROLINA
~~WESTERN DIVISION~~ Charlotte and Asheville Division.

No. _____
(Leave this space blank)

1:09cv432

Jonathan Henslee
(Enter full name of each plaintiff(s))

v.                    Inmate Number 0722492

(SGT) Albert Todd.           (D.H.O.) James Johnson.
(Nurse) FNU-Robinson.        (Appeals officer of D.O.C.) Hattie Pimpong.
(D-unit manager) Keith Turner.  (E-unit manager) Patricia McEntire
(Enter full name of each defendant(s))  (Superintendent) SFD HARKLEROAD.
All the above are employed at Marion C.I. or D.O.C. of NC.
*********************************************************************

I.  HAVE YOU BEGUN OTHER LAWSUITS IN FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION? Yes (✓) No ( )

Void ~~will let federal court know when (I) petition state courts~~
Void If your answer is Yes, describe the former lawsuit in the space provided below:
Void ~~I have not filed this suit as of now.~~ Void as of 11-19-09
valid → I filed at the same time, a (State lawsuit) along with the federal lawsuit (1983), concerning the same civil violations of cruel and unusual punishment.
Void (~~the suit has been dismissed as of now~~)

II. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT TO THE STATE INMATE GRIEVANCE PROCEDURE? Yes (✓) No ( )

If your answer is Yes, what steps did you take? I exhausted all remedies.

14

_____

_____

_____

What was the result? (Attach copies of grievances or other supporting documentation.)

_The result was Prison officials involved done nothing wrong or have not violated any of my rights._

**VERIFIED STATEMENT**

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement. (Choose the box that applies to your action.)

____ There are no grievance procedures at the correctional facility at which I am being confined.

____ This cause of action arose at _____, and I am now being housed at _____. Therefore, I do not believe I have administrative remedies relating to this complaint at this time.

__✓__ I have exhausted my administrative remedies relating to this complaint and have attached copies of my grievances demonstrating completions.

III. PARTIES — In Item A below, place your name in the first blank and your present address in the second blank. Do the same for all additional plaintiffs. *NOTE: ALL plaintiffs listed in the caption on the first page should be listed in this section.*

A. Name of plaintiff _Jonathan Henslee_

Name and address of present confinement facility _Marion C.I.,_

_P.O. Box 2405 Marion, N.C. 28752._

Name of plaintiff _____

Name and address of present confinement facility _____

1

In Item B below, place the full name of defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C through F for any additional defendants. *NOTE: ALL defendants listed in the caption on the first page should be listed in this section.*

B. Defendant Albert Todd

Position Sargeant.

Employed at Marion Correctional Institution.

Address P.O. Box 2405 Marion, N.C. 28752.

Capacity in which defendant is being sued: Individual ( ) Official ( ) Both (✓)

C. Defendant (FNU) ms. Robinson

Position Nurse - 3rd shift.

Employed at Marion Correctional Institution.

Address P.O. Box 2405 Marion, N.C. 28752.

Capacity in which defendant is being sued: Individual ( ) Official ( ) Both (✓)

D. Defendant Keith Turner

Position Unit manager of D-unit.

Employed at Marion Correctional Institution.

Address P.O. Box 2405 Marion, N.C. 28752.

Capacity in which defendant is being sued: Individual ( ) Official ( ) Both (✓)

E. Defendant Jame Johnson

Position Disciplinary hearing officer.

Employed at Marion Correctional Institution.

Address P.O. Box 2405 Marion, N.C. 28752.

Capacity in which defendant is being sued: Individual ( ) Official ( ) Both (✓)

F. Defendant: SID Harkleroad.
Position: Superintendent.
Employed: Marion C.I.
Address: P.O. Box 2405 Marion, N.C. 28752.

Individual = ( )
Official = ( )
Both = (✓)

G. Defendant: Patricia McEntire.
Position: Unit manager of E unit.
Employed: Marion Correctional Institution.
Address: P.O. Box 2405 Marion, N.C. 28752.

H. Defendant Hattie Pimpong

Position Disciplinary Appeals officer of N.C. D.O.C.

Employed at N.C. D.O.C.
N.C. Department of Corrections.
Address 214 West Jones St. MSC 4201 Raleigh, N.C. 27699-4201

Capacity in which defendant is being sued: Individual ( ) Official ( ) Both (✓)

IV. STATEMENT OF CLAIM — State here as briefly as possible the *FACTS* of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. *DO NOT GIVE ANY LEGAL CITATIONS OR ANY LEGAL ARGUMENTS OR CITE ANY STATUTES.* If you wish to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as needed. Attach extra sheets if necessary.

I was punished due to my physical disability, because I could not "work" at the time I was asked to work "due to severe back pain" on 8-14-09 & 8-15-09. Since I could not work because of severe back pain I was sentenced to 60 day solitary confinement. Nurse FNU Robinson stated to SGT Albert Todd and the Investigation officer for my two "disobeying" infractions that she looked over my medical chart and theres no records of back problems, and sees no reason I can't work, by me having my own medical records I showed all defendants copies showing I have a physical disability of scoliosis which causes back pain, all defendants disregarded evidence contradicting nurse FNU Robinsons statment.

3

All listed defendant "Directly" violated my rights from cruel and unusual punishment. once all listed defendants where told that "Jonathan Henslee" could not conduct any work duties on 8-14-09 and 8-15-09 due to "severe Back pain" which Inmate Henslee, shared his N.C. D.O.C. medical documents to show his medical condition is real and does exist. In which all defendants disregarded the documentry evidence presented and instead relied upon one nurses statment who works 3rd shift and purportedly looked over my medical chart within 2 to 3 minutes time. Which Plaintiff's medical chart 100% easily contradicts Nurse FNU Robinsons statment. which "Defendants disregarded" due to defendants recklessness, Plaintiff served 60 days in solitary confinment because on 8-14-09 and 8-15-09 Plaintiff Jonathan Henslee could not perform extra duty, ordered by SGT. Albert Todd, due because at this specific times he was experiencing severe Back pain, In which is even stated in the disciplinary report. Providing Punishment to any Inmate because he/she can not perform a duty because of any physical pain, is unjust, extreme, and cruel. Defendants claim because I did not have any medical restrictions, I am guilty of disobeying a lawful order? Is ordering a Inmate that is suffering physical pain a lawful order?

Further, I was denied "needed" medical care, Nurse FNU Robinson was called due to Inmate Jonathan Henslee declared a medical emergency around 11:45 pm on 8-14-09, Nurse FNU Robinson related to SGT Albert Todd theres nothing in my medical chart to support my claim concerning my medical condition that causes Backpain, She refused to provide me with Temperary "medical restriction" until Back pain eased. This choice and her statment resulted in 60 days solitary confinment.

* Plaintiff, Petitioned and tried to reason with various defendants which was downplayed,.

Plaintiff also points out that they where 3 pending sickcalls concerning plaintiffs reaccuring Backpain on 8-14-09 and 8-15-09.

There is plenty of documents along with this complaint show "evidence" in support of plaintiffs claims.

Plaintiff, charges mr James Johnson Disciplinary hearing officer at marion c.I. and ms Hattie pimpong Appeals disciplinary hearing officer for N.C. D.O.C. for violations of Due process rights protected under the 14th Amendment.

In which mr James Johnson at the disciplinary hearing, refused to allow myself to provide medical documents that Nurse FNU Robinson stated did not exist, which would have contradicted her statment(s) and enough evidence presented to dismiss both Infractions. mr James Johnson refused to allow me to present these documents, because he states he's not allowed to know about my medical records, plaintiff then countered and told mr James Johnson with consent you are allowed to hear and see my medical documents which at this specific time mr Johnson stated he not hearing it anymore and he is going off of statments which is enough, Then found me guilty of disobeying. (Full disciplinary report is enclosed).

I appealed the disciplinary findings to ms Hattie pimpong who is the Appeals officer of N.C. D.O.C. I sent ms pimpong enough medical documents to contradict Nurse FNU Robinson statment, ms pimpong disregarded the documentry evidence and stated its a medical issue, and forwarded my petition to Dr paula smith, Director of Health services, to review and respond concerning medical issues, (The letter is enclosed).

To refute documentry evidence that contradicts a vital statment provided by Nurse FNU Robinson, is frivilous and violates Due process rights.

Plaintiff, again sets out that all named Defendants is charged in conducted cruel and unusual punishments practices.

Plaintiff, sets out that only mr James Johnson and ms Hattie pimpong are in violation of plaintiffs Due process rights.

Dated: 11-19-09

Jonathan Henslw.

Current: P.O. Box 2405
Marion, N.C. 28752.

V. **RELIEF SOUGHT BY PRISONER** — State briefly exactly what you want the Court to do for you. *MAKE NO LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.*

1. $6,000 from each defendant.
2. declaratory Judgment.
3. Permanent Injunction, of stating prison officials can not punish Inmates for their Physical disability that prohibits them from working at times.

Signed this 19th day of November, 2009.

_Jonathan L. Henson_
Signature of Plaintiff

_____
Signature of Other Plaintiff (if necessary)

I declare under penalty of perjury that the foregoing is true and correct.

11-19-2009          _Jonathan Henson_
Date                Signature of Plaintiff

_____        _____
Date               Signature of Other Plaintiff (if necessary)