# United States District Court
## For The Western District of North Carolina
## Asheville Division

Jonathan Leigh Henslee,

   Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　1:09cv432

Albert Todd, et al,

   Defendant(s).


DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/14/09 Order.

　　　　　　　　　　　　　　　　　　　FRANK G. JOHNS, CLERK

December 15, 2009

　　　　　　　　　　　　　　　　　　　BY: s/Sharon Wilson
　　　　　　　　　　　　　　　　　　　　　　Sharon Wilson, Deputy Clerk